BRYAN SCHRODER
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) |
| | ) COUNTS 1 & 2: |
| | ) OBSTRUCTION OF PROCEEDINGS |
| vs. | ) BEFORE AN AGENCY |
| | )   Vio. of 18 U.S.C. § 1505 |
| FOREST M. KIRST, | ) |
| | ) COUNT 3: |
| Defendant. | ) PILOTING AN AIRCRAFT WITHOUT |
| | ) A VALID AIRMAN'S CERTIFICATE |
| | )   Vio. of 49 U.S.C. § 46306(b)(7) |
| | ) |

I N D I C T M E N T

The Grand Jury charges that:

GENERAL ALLEGATIONS

At all times material to this Indictment:

1. The Federal Aviation Administration ("FAA") was an agency within the United States Department of Transportation charged with promoting aviation safety and efficiency in domestic civil aviation, among other duties.

2. As a part of their duties, the FAA issues, suspends, and revokes airman certificates. Airman certificates are required to operate certain aircrafts.

3. The National Transportation Safety Board ("NTSB") was an independent federal agency charged with investigating every civil aviation accident in the United States, among other duties.

4. The NTSB conducts investigations to determine the "probable cause" of transportation accidents and to formulate safety recommendations to improve transportation safety. The NTSB also serves as the "court of appeals" for any airman whenever certificate action, such as a revocation, has been taken by the FAA.

5. FOREST M. KIRST, doing business as ("dba") Kirst Aviation, was a resident of the State of Alaska.

6. On or about August 24, 2014, a Ryan Navion A ("Navion) aircraft, N4827K, piloted by FOREST M. KIRST, was involved in an accident near Atigun Pass, AK. Three passengers aboard the aircraft at the time of the accident sustained serious injuries. Thirty-five days later, one of the passengers died as a result of his injuries.

7. The accident was investigated by the NTSB and by the FAA.

8. On or about March 24, 2015, the FAA issued an order revoking FOREST M. KIRST's Airman Pilot Certificate, including Commercial Pilot Certificate No. 2933061.

9. On or about December 11, 2015, the FAA issued an emergency order revoking FOREST M. KIRST's Airman Pilot Certificate.

10. On or about December 24, 2015, the FAA issued a second emergency order revoking FOREST M. KIRST's Airman Pilot Certificate.

11. On or about September 2, 2016, following a hearing before an Administrative Law Judge, the NTSB upheld the FAA's revocation of FOREST M. KIRST's airman certificate.

12. On or about March 9, 2017, the NTSB Final Report for the accident near Atigun Pass, AK, which involved FOREST M. KIRST's plane was publicly released.

## COUNT 1
## OBSTRUCTION OF PROCEEDINGS BEFORE AN AGENCY

13. Paragraphs 1 through 12 of this Indictment are hereby realleged in their entirety and incorporated by reference herein.

14. Between on or about August 24, 2014, to on or about March 9, 2017, within the District of Alaska, and elsewhere, the defendant, FOREST M. KIRST, did knowingly, intentionally and corruptly influence, obstruct and impede, and endeavored to influence, obstruct and impede, the due and proper administration of the law under which a pending proceeding was being held before the NTSB, to wit, the investigation of the August 24, 2014, crash of a Navion aircraft, N4827K, piloted by FOREST M. KIRST, by making numerous false and misleading statements, including:

   a. that FOREST M. KIRST's plane was climbing through 5,500 to 5,700 feet with a target altitude of 6,000 feet just prior to the crash;

3

b.      that just prior to the crash, the male passenger (D.S.) slumped into the yoke and blocked the throttle and landing gear controls;

c.      that a propeller blade of FOREST M. KIRST'S plane failed in flight.

All in violation of Title 18, United States Code, Section 1505.

## COUNT 2
## OBSTRUCTION OF PROCEEDINGS BEFORE AN AGENCY

15.     Paragraphs 1 through 12 of this Indictment are hereby realleged in their entirety and incorporated by reference herein.

16.     Between on or about April 1, 2015, to on or about September 2, 2016, within the District of Alaska, and elsewhere, the defendant, FOREST M. KIRST, did knowingly, intentionally and corruptly influence, obstruct and impede, and endeavored to influence, obstruct and impede, the due and proper administration of the law under which a pending proceeding was being held before the NTSB, to wit, the appeal of the revocation by the FAA of FOREST M. KIRST's airman certificate, by making numerous false and misleading statements, including:

a.      that FOREST M. KIRST's plane was climbing through 5,500 to 5,700 feet with a target altitude of 6,000 feet just prior to the crash;

b.      that just prior to the crash, FOREST M. KIRST's plane dropped in altitude approximately 1,500 feet;

c.      that a propeller blade of FOREST M. KIRST'S plane failed in flight.

All in violation of Title 18, United States Code, Section 1505.

# COUNT 3
## PILOTING AN AIRCRAFT WITHOUT A VALID AIRMAN'S CERTIFICATE

17. Paragraphs 1 through 12 of this Indictment are hereby realleged in their entirety and incorporated by reference herein.

18. On or about December 21, 2015, within the District of Alaska, FOREST M. KIRST knowingly and willfully did serve and attempt to serve in any capacity as an airman, without an airman's certificate authorizing him to serve in that capacity.

All in violation of Title 49, United States Code, Section 46306(b)(7).

A TRUE BILL.

                                                  s/ Grand Jury Foreperson
                                                  GRAND JURY FOREPERSON

s/ Retta-Rae Randall
RETTA-RAE RANDALL
United States of America
Assistant U.S. Attorney


s/ Bryan Wilson for
BRYAN SCHRODER
United States of America
United States Attorney


DATE:     December 13, 2017