BRYAN SCHRODER
United States Attorney

RETTA-RAE RANDALL
CHARISSE ARCE
Assistant United States Attorneys
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: RettaRae.Randall@usdoj.gov
Email: Charisse.Arce@usdoj.gov
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:17-cr-00180-RRB-DMS |
| Plaintiff, | ) |
| v. | ) |
| FOREST KIRST, | ) |
| Defendant. | ) |

**DECLARATION OF RETTA-RAE RANDALL IN SUPPORT OF UNITED STATES' RESPONSE TO UNOPPOSED MOTION TO CONTINUE**

I, Retta-Rae Randall, declare and state as follows:

1. I am an Assistant United States Attorney ("AUSA") for the District of Alaska and one of the AUSA's assigned to prosecute the above-captioned case. As such, I am fully familiar with the facts stated herein.

2. I declare under penalty of perjury that the facts set forth in the Response to

Unopposed Motion to Continue Trial are true and correct to the best of my knowledge.

RESPECTFULLY SUBMITTED on July 25, 2019, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Retta-Rae Randall
RETTA-RAE RANDALL
Assistant United States Attorney
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2019,
a copy of the foregoing was served
electronically via CM/ECF system on:

Gretchen Staft, Esq.
Gary G. Colbath, Esq.

s/Retta-Rae Randall
Assistant United States Attorney

U.S. v. Kirst        Page 2 of 2
3:17-cr-00180-RRB-DMS
Case 3:17-cr-00180-RRB-DMS   Document 93   Filed 07/25/19   Page 2 of 2